UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-mj-00102-SMM

UNITED STATES OF AMERICA

v.

NICHOLAS JAMES SORGENFREY,

_____/

FILED BY ___YAR___ D.C.

Aug 4, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____

Christopher H. Hudock
Assistant United States Attorney
FL Bar No.        92454
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 293-0951
Email: Christopher.Hudock@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint                                        AUSA Christopher H. Hudock

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| NICHOLAS JAMES SORGENFREY, | ) | 22-mj-00102-SMM |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED BY _____ YAR _____ D.C.

Aug 4, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 11, 2022-August 3, 2022 in the county of St. Lucie in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

*Complainant's signature*

FBI TFO Brian Broughton
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: August 3, 2022

*Judge's signature*

City and state: Fort Pierce, Florida              Shaniek M. Maynard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF
## BRIAN K. BROUGHTON, TASK FORCE OFFICER
## FEDERAL BUREAU OF INVESTIGATIONS

I, Brian K. Broughton, after being duly sworn, depose and state:

### INTRODUCTION AND BACKGROUND

1. I am a task force officer (TFO) with the United States Federal Bureau of Investigation (FBI). I am also employed by the Martin County Sheriff's Office (MCSO) and assigned to the Special Victims Unit, which is responsible for investigating sex related crimes and child exploitation. I have been a sworn law enforcement officer in the State of Florida since March 15, 1992.

2. I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes, including FBI Round-up Peer-To-Peer (P2P) Investigations, Round-up EMule Investigations, Round-up ARES Investigations, Basic Sex Crimes Investigations, and Sexual Deviant Behavior. I have been involved in investigations involving child pornography and online solicitation/enticement of a minor, including investigations of individuals suspected of violating federal child pornography laws under 18 U.S.C. §§ 2251, 2252, 2252A, 2422 and 2423. I have completed the Treasury Computer Forensic Training Program's Basic and Advanced Computer Evidence Recovery Training Courses. I have also written search warrants and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

3. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children. I have received specialized training in the area of child pornography and child exploitation. I have completed the Treasury Computer Forensic Training

1

Program's Basic and Advanced Computer Evidence Recovery courses and I am currently assigned as a computer forensic examiner. I have observed and reviewed examples, and assisted in numerous child pornography and child exploitation investigations, which have involved reviewing examples of evidence in all forms of media including computer media, and have discussed and reviewed these materials with other law enforcement officers.

4. I am conducting an investigation into the sexual exploitation of children and the related criminal activities of an individual named **NICOLAS JAMES SORGENFREY,** hereafter referred to as **(SORGENFREY).** I am familiar with the facts and circumstances surrounding this investigation from my own investigative efforts, as well as from information obtained from other law enforcement officers with personal knowledge of the evidence and activities described herein. Although familiar with the facts and circumstances of this investigation, I have not included each and every fact known to me about the matters set forth herein, but only those facts that I believe are necessary to establish probable cause to believe that **NICOLAS JAMES SORGENFREY** has violated Title 18, United States Code, Section 2252(a)(4)(B), possession of child pornography.

## THE INVESTIGATION

5. The National Center for Missing and Exploited Children (NCMEC), a non-profit organization established to prevent child abduction and sexual exploitation, reported a cybertip they received from Synchronoss Technologies, Inc. The cybertip alleged that a Verizon user, identified by Phone Number (xxx) xxx-8060, stored two pornographic image files to the cloud service, operated and owned by Synchronoss Technologies, Inc.

6. I reviewed both files listed in the cybertip, and discovered that they depicted sexually explicit conduct of minor children. Specifically the pictures depicted nude, prepubescent females lewdly displaying their genitals. The focus of the photos was on the juvenile's vagina.

7. The photos were uploaded and stored from a cellular device with the phone number (xxx) xxx-8060, on February 11, 2022.

8. NCMEC records list additional cybertips identifying the same phone number, (xxx) xxx-8060, as storing and possessing child pornography files. Some of these cybertip reports are included as follows:

    a. CT# 117794205 (One image file depicting a nude prepubescent female spreading her legs, lewdly displaying her vagina) -- Incident Time: 02-13-2022 21:01:38 UTC;

    b. CT #117838595 (Two image files depicting nude teenage females, displaying their vaginas in a lewd manner) -- Incident Time: 02-14-2022 21:09:27 UTC;

    c. CT# 118309613 (One image file depicting two nude preteen females, spreading their legs, lewdly displaying their vaginas) -- Incident Time: 02-22-2022 21:06:24 UTC;

    d. CT# 118785882 (One image file, depicting an adult male ejaculating on a prepubescent female child's face) -- Incident Time: 02-28-2022 21:03:25 UTC;

    e. CT# 119172561 (One image file, depicting a female teenager under the age of 18 standing, wearing only a shirt, with no pants, displaying her vaginal area.) -- Incident Time: 03-06-2022 21:01:54 UTC;

    f. CT# 119243347 (One image file depicting a nude prepubescent female spreading her legs, lewdly displaying her vagina) -- Incident Time: 03-07-2022 21:04:00 UTC;

g.  CT# 126165684 (Three image files depicting various nude prepubescent females spreading her legs, lewdly displaying her vagina) -- Incident Time: 05-28-2022 21:01:33 UTC;

h.  CT# 126610892 (One image file depicting a nude prepubescent female spreading her legs, lewdly displaying her vagina) -- Incident Time: 06-04-2022 21:03:14 UTC;

i.  CT# 126610892 (One image file depicting a nude prepubescent female spreading her legs, lewdly displaying her vagina, and one image depicting a nude prepubescent female lying next to a prepubescent boy with an erect penis) -- Incident Time: 06-04-2022 21:03:14 UTC.

9.  On May 10, 2022, I secured a state subpoena for Verizon subscriber and billing information for Verizon Wireless Customer at (xxx) xxx-8060. Verizon's records showed that SORGENFREY was listed as the subscriber for the account, with a listed address at 2452 SE Gilbert Avenue, Port Saint Lucie, Florida, 34952 (Target Premises).

10.  On May 10, 2022, I also secured a Florida State search warrant for Synchronoss Technologies, Inc. user information related to phone number (xxx) xxx-8060.

11.  Synchross Technologies, Inc. records showed that the device associated with the phone number (xxx) xxx-8060, was a Motorola Edge Plus. Synchross also provided content associated with the account containing thousands of sexually explicit images and videos. Several of the videos and images depicted sexually explicit conduct of minor children including, but not limited to, the following:

a.  39d3070e-5f38-4b88-a7a1-4160383ae4c5.mov: 30 second video depicting a preteen girl performing oral sex on an adult male;

b.  11106275_639881036142000_1517886414_n.jpg: Image of a prepubescent girl performing oral sex on an adult male;

4

c.  11158113_641724505957653_132087621_n.jpg: Image of a prepubescent girl, vaginally penetrated by adult penis;

d.  20161107_185054000_iOS.mp4: 1:59 second video of a prepubescent girl performing oral sex on adult male;

e.  bunk.mp4: 1:18 second video of two nude preteen girls engaging in sexual conduct kissing and fondling each other;

f.  lil sis with brother and dad.mp4: 49 second video of two nude prepubescent children (male and female), engaging in sexual intercourse with each other, while female child performs orals ex on adult male;

g.  5388946678620650000.mp4: 16 second video of an adult female performing oral sex on a prepubescent male.

12. Synchross also provided images pursuant to the search warrant from SORGENFREY's account, including a Spring 2022 Indian River State College schedule for Nicolas J. Sorgenfrey and a CashApp screenshot identifying the user as Nick Sorgenfrey.

13. A search of the Florida Department of Law Enforcement (FDLE) Sexual Predator/Offender database, revealed that Nicholas(sic) James Sorgenfrey, (DOB xx/xx/84), was identified as a registered sexual offender, for a 2009 adjudication for the Possession of Photo/Picture Showing Sexual Performance by a Child, in violation of Florida Statute 827.071(5), in Martin County, Florida.

14. The database also listed the Target Premises as SORGENFREY's address, and (xxx) xxx-8060 as his phone number. SORGENFREY last registered on March 28, 2022.

15. The Florida Driver's license database listed the Target Premises as SORGENFREY's address, and the Saint Lucie County Property Appraiser's Office listed Nicholas J Sorgenfrey and "EXXXX JXXXX" as the owners of the Target Premises.

16. On July 11, 2022, FBI Special Agent Jason Richards, conducted surveillance of the residence located at the Target Premises. He observed a 2014 silver Buick, parked in the driveway, bearing the license plate, 948QLW. A driver and vehicle information database (DAVID) check indicated the vehicle was registered to Nicolas James Sorgenfrey.

17. On July 28, 2022, Magistrate Judge Shaniek Maynard approved and signed a Federal search warrant, for the Target Premises, located at 2452 SE GILBERT AVE, PORT SAINT LUCIE, FL 34952.

18. On August 3, 2022, the search warrant was executed at the location 2452 SE GILBERT AVE, PORT SAINT LUCIE, FL 34952. SORGENFREY was present during the search, and was the sole occupant and homeowner.

19. Post *Miranda*, SORGENFREY admitted to owning and utilizing the phone number, (xxx) xxx-8060. He also admitted to using the online application Wickr, where he would trade and receive pornographic videos and images, which were then downloaded and saved to his phone's storage.[1] SORGENFREY stated that he believed most of the content depicted young adults but that he had observed and viewed underage pornography. He stated if the pornography was "very" young he would attempt to delete it, but believed there may be younger "borderline" material saved to his phone.

---

[1] Wickr is an instant messaging application which allow users to exchange end-to-end encrypted and content-expiring messages, including photos, videos, and file attachments. The software is available for the iOS, Android, Mac, Windows, and Linux operating systems.

20. During the interview, I showed SORGENFREY samples images and screenshots from the numerous cybertips and from the Synchronoss search warrant return. All the images, shown to SORGENFREY, depicted sexually explicit conduct of children. SORGENFREY admitted that the images looked familiar based on videos he viewed in the past.

21. SORGENFREY admitted that the Motorola Edge Plus cellular phone, with phone number (xxx) xxx-8060, was his current phone and it was activated and in use.

22. SORGENFREY also admitted that he attempted to conceal the Motorola phone, prior to SWAT entry, by hiding it in a paper bag in his bedroom closet. This is where agents ultimately located the phone.

23. A cursory review of the defendant's Motorola Edge Plus cellular phone showed several videos saved to the phone, which depicted sexually explicit conduct of children, including, a preteen girl lewdly displaying and manipulating her genitals; two preteen girls fondling each other while one girl performs orals sex on the other female; and a video depicting a small brown dog, licking the genitals of a preteen girl.

24. The images and videos referenced in this affidavit depict sexually explicit conduct or activity that meets the Federal definition of child pornography.

25. Based on my training and experience, the images described previously were stored on a device that traveled in interstate or foreign commerce.

26.  Based on the foregoing facts, I believe that probable exists to believe that **NICOLAS JAMES SORGENFREY**, violated Title 18, United States Code, Section 2252(a)(4)(B), possession of child pornography.

FURTHER, YOUR AFFIANT SAYETH NAUGHT.

Brian Broughton
Task Force Officer
Federal Bureau of Investigations

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by video-conference, this 3rd day of August 2022.

SHANIEK M. MAYNARD
United States Magistrate Judge

8