UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14052-CR-CANNON

UNITED STATES OF AMERICA

vs.

NICHOLAS JAMES SORGENFREY,

    Defendant.
_____/

NOTICE OF FILING
CORRECTED INDICTMENT AND PENALTY SHEET

    The United States of America, by the undersigned Assistant United States Attorney, respectfully submits the attached corrected Indictment and penalty sheet in light of the Court's order granting the government's unopposed motion to amend Indictment and penalty sheet to correct scrivener's errors (ECF No. 17).

    Respectfully submitted,

    JUAN ANTONIO GONZALEZ
    UNITED STATES ATTORNEY

    By:   */s/ Christopher H. Hudock*
           Christopher H. Hudock
           Assistant United States Attorney
           Florida Bar No. 92454
           101 South U.S. 1, Suite 3100
           Fort Pierce, Florida 34950
           Tel: (772) 293-0951
           Email: Christopher.hudock@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by either regular U.S. mail or inter-office delivery.

/s/Christopher H. Hudock
Christopher H. Hudock
Assistant United States Attorney