UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14052-CR-CANNON/MAYNARD

FILED BY _____ D.C.

NOV 30 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES OF AMERICA,

v.

NICHOLAS JAMES SORGENFREY,

        Defendant.
_____/

## FACTUAL PROFFER

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and Nicholas James SORGENFREY, together with his counsel, admits if this case were to proceed to trial, the government would be able to prove the allegations contained within the Indictment, which charges the defendant with possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B), and the following facts, among others, beyond a reasonable doubt. The defendant also stipulates that those allegations, elements of the crimes and the following recitation of the facts shall constitute the underlying factual basis for the entry of a plea of guilty in this case:

1. This investigation began when FBI TFO Brian Broughton received a tip from the National Center for Missing and Exploited Children (NCMEC) that a Verizon Wireless customer uploaded two images of child pornography to Verizon's cloud storage system.

2. After reviewing the tip, TFO Broughton verified that the images depicted child pornography, as well as images that established Nicholas J. Sorgenfrey was the owner of the Verizon account.

3.  TFO Broughton ran Sorgenfrey's name in the Florida Department of Law Enforcement (FDLE) database, and learned that the defendant was a registered sex offender, as well as his biographical information.

4.  Using this information, agents obtained a lawful federal search warrant for the defendant's residence.

5.  On August 3, 2022, TFO Broughton and FBI agents executed the warrant. They found the defendant in his home at the time of the execution, in his bedroom, and the sole occupant of the residence.

6.  FBI TFO Andrew Bolonka assisted in searching the residence, and searched the master bedroom. Inside the master bedroom closet, TFO Bolonka found a Motorola Edge Plus smart phone hidden in a paper bag. The defendant later admitted to hiding the phone prior to the entry of law enforcement.

7.  Post *Miranda*, the defendant admitted to owning and utilizing the phone number, (xxx) xxx-8060. He also admitted to using the online application Wickr, where he would trade and receive pornographic videos and images, which were then downloaded and saved to his phone's storage.[1]

8.  The defendant stated that he believed most of the content depicted young adults but that he had observed and viewed underage pornography. He stated if the pornography was "very" young he would attempt to delete it, but believed there may be younger "borderline" material saved to his phone.

---

[1] Wickr is an instant messaging application which allow users to exchange end-to-end encrypted and content-expiring messages, including photos, videos, and file attachments. The software is available for the iOS, Android, Mac, Windows, and Linux operating systems.

9. TFO Broughton conducted a manual examination of the Motorola Edge Plus smart phone (Model XT2061-1; Serial Number: ZY22C7M7ZQ) seized from the defendant's residence. He located at least 7 videos stored to the internal memory of the device that he identified as child pornography. Six of the videos were found in the "photos" app of the phone, inside a folder entitled "telegram." They are as follows:

- 2 minute 45 second video depicting two preteen girls masturbating and performing oral sex on each other in a bathroom;
- 18 minute 38 second video depicting a preteen girl masturbating and lewdly displaying her vaginal area;
- 9 minute 19 second video depicting a preteen girl masturbating and lewdly displaying her vaginal area;
- 2 minute 2 second video depicting an older teen girl performing oral sex on a younger teen boy;
- 5 minute 2 second video depicting an older teen girl performing oral sex on a younger teen boy;
- 40 second video depicting a teen girl, who appears to be under 18 masturbating in a bathrobe.

10. Another video was found in the "photos" app of the phone, inside a folder entitled "downloads." The video is 23 seconds long and depicts a preteen girl with a brown dog licking her vagina.

11. On January 27, 2009, the defendant was adjudicated guilty of three counts of possession of child pornography, in violation of Florida statute 827.071(5), third degree felonies,

punishable by up to five years in state prison for each count, and was sentenced to one year of imprisonment, followed by 30 months of sex offender probation, in case 432008CF439A.

12. The parties agree that these facts, which do not include all the facts known to the government and the defendant, are sufficient to prove the elements of the following offenses beyond a reasonable doubt:

Possession of Child Pornography

**First:** The defendant knowingly possessed one or more films, video tapes, or other matter containing a visual depiction;

**Second:** the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct;

**Third:** the visual depiction was of a minor engaging in sexually explicit conduct;

**Fourth:** the defendant knew the visual depiction involved a minor engaging in sexually explicit conduct; and

**Fifth:** the visual depictions had been transported using any means or facility of interstate commerce or in or affecting interstate commerce.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 11/2/22    By: _____
CHRISTOPHER H. HUDOCK
ASSISTANT UNITED STATES ATTORNEY

Date: 11/30/22    By: _____
SCOTT G. BERRY
ATTORNEY FOR DEFENDANT

Date: 11/30/22    By: _____
NICHOLAS JAMES SORGENFREY
DEFENDANT