UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14052-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**NICHOLAS JAMES SORGENFREY,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek M. Maynard Following Change of Plea Hearing [ECF No. 32]. On November 30, 2022, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 28] during which Defendant pled guilty to Count One of the Indictment [ECF No. 10] pursuant to a stipulated factual basis [ECF No. 30] and plea agreement [ECF No. 29]. The Government submitted a factual basis for the plea, and Defendant agreed that the Government's proffer was true and correct. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count One in the Indictment, that the Court find Defendant to have freely and voluntarily entered her guilty plea, and that the Court adjudicate him guilty of Count One of the Indictment [ECF No. 10]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 32] is **AFFIRMED AND ADOPTED**.

CASE NO. 22-14052-CR-CANNON

2. The guilty plea entered by Defendant Nicholas James Sorgenfrey as to Count One of the Indictment is **ACCEPTED**.

3. Defendant Nicholas James Sorgenfrey is adjudicated guilty of Count One of the Indictment, which charges him with possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 19th day of December 2022.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record