UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14052-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NICHOLAS JAMES SORGENFREY,

    Defendant.

_____/

**JOINT OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT, REQUEST FOR 120-MONTH PRISON SENTENCE, AND NOTICE OF ADDITIONAL TIME NEEDED FOR SENTENCING**

The parties jointly object to paragraphs 26 (5-level enhancement for distribution), 37 (total offense level) and 78 (guideline range) of the PSR.[1] Probation erroneously applied a 5-level increase under section 2G2.2(b)(3)(B) based on Mr. Sorgenfrey's admission he "would trade and receive pornographic videos and images." [PSR ¶ 16]. However, this enhancement requires evidence the defendant distributed materials "involving the sexual exploitation of a minor." U.S.S.G. §2G2.2 app. n. 1. The government's investigation revealed no forensic evidence that Mr. Sorgenfrey traded materials related to the sexual exploitation of a minor, nor did Mr. Sorgenfrey admit as much. Accordingly, the enhancement does not apply. The total offense level

---

[1] To the extent necessary, Mr. Sorgenfrey also objects to paragraph 56. That paragraph indicates Mr. Sorgenfrey's grandmother advised probation he had threatened her. Mr. Sorgenfrey submits (and probation has confirmed) this was a typographical error. Mr. Sorgnefrey's father, not Mr. Sorgenfrey, threatened her.

1

should be 28 and the guideline range should be 78-97 months, which increases to 120 months because of the statutory mandatory minimum.

At sentencing, the parties will jointly recommend a sentence of 120 months, as outlined in the plea agreement. If this Court disagrees with the parties' position on the distribution enhancement, then the parties will jointly request a downward variance to 120 months. In support of the joint sentencing recommendation, Mr. Sorgenfrey anticipates presenting mitigation testimony from Dr. Michael Brannon at the sentencing hearing. As such, the parties provide notice that the hearing will take approximately 90 minutes.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

*s/Scott Berry*
Scott Berry, B.C.S.
Assistant Federal Public Defender
Attorney for Defendant
Bar Number: 0525561
450 South Australian Avenue
Suite 500
West Palm Beach, Florida 33401
Phone: (561) 833-6288
Email: *scott_berry@fd.org*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on January 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/Scott Berry*
Scott Berry